IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:10-CR-90-1H

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| | ) | |
| ANTONIO RODRIGUEZ GOMEZ, | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's letter, which this court construes as a motion for a modification of his sentence and appointment of counsel. The defendant seeks a reduction in sentence under the "Fast Track" program. While the Fast Track program has been extended to more states, the program remains a matter of prosecutorial discretion and is implemented prior to the arraignment of a defendant. The court has no authority to use this program to alter a sentence after judgment has been entered. Therefore, defendant's motion [DE #32] is DENIED.

This 21st day of May 2012.

*(signature)*
Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26